IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEAN McCULLOUGH, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:14-cv-00249-SPS |
| | § | |
| PROCOLLECT, INC.; and DOES 1-10, INCLUSIVE, | § § | |
| | § | |
| *Defendants*. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dean McCullough stipulates, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

AGREED AS TO FORM AND CONTENT:

By:  */s/ Sergei Lemberg*
      Sergei Lemberg

LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250 – Telephone
(203) 653-3424 – Facsimile
slemberg@lemberglaw.com

ATTORNEY FOR PLAINTIFF
DEAN McCULLOUGH

By:  /s/ *John W. Bowdich*
      John W. Bowdich
      Texas Bar No. 00796233

THE WILLIS LAW GROUP, PLLC
10440 N. Central Expwy., Suite 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Telecopy
jbowdich@thewillislawgroup.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 14, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Eastern District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By /s/ Sergei Lemberg
                 Sergei Lemberg